IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIAL MORSE,<br><br>           Plaintiffs,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | **Old Case No.<br>CV-F-06-1473 DLB<br>New Case No.<br>CV-F-06-1473 SMS**<br><br>ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING ACTION TO ANOTHER MAGISTRATE JUDGE |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.

**The new case number shall be CV-F-06-1473 SMS. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in**

///

1

1  **your documents being received by the correct judicial officer.**

2  IT IS SO ORDERED.

3  Dated:  **May 3, 2007**            /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

2