1  STEVEN G. ROSALES
   ATTORNEY AT LAW SBN: 222224
2  LAW OFFICE OF LAWRENCE D. ROHFLING
   12631 E. IMPERIAL HWY SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670
   TEL: (562) 868-5886
4  FAX: (562) 868-5491

5  Attorneys for Plaintiff NATHANIEL MORSE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORSE, | Case No.: 1: 06 CV 1473 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE and FILE LATE BRIEF; and ORDER |
| vs. | |
| MICHAEL ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff NATHANIEL MORSE ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 4, 2007; and that Defendant shall have an extension of time until July 5, 2007, to file her opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's counsel makes this request due to the fact that Counsel and his wife delivered their first child on May 3, 2007. While not an unexpected event, the demands of counsel's new responsibilities require additional time to address the issues contained within the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: May 14, 2007                Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING


                         BY:  */s/ Steven Rosales*_____
                              Steven G. Rosales
                              Attorney for NATHANIEL MORSE

DATE: May 14, 2007.               McGREGOR W. SCOTT
                                  Chief, Civil Division




                         BY:  */s/ - Nancy Lisewski* by Steven G. Rosales*
                              Nancy Lisewski
                              Assistant United States Attorney
                              Attorneys for Defendant
                              [*By email authorization on May 15, 2007]

PDF created with pdfFactory trial version www.pdffactory.com

1  **ORDER**

2

3      IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
4  and including June 4, 2007, in which to file Plaintiff's Opening Brief; Defendant
5  may have an extension of time to July 5, 2007 to consider the contentions raised in
6  Plaintiff's Opening Brief, and file any opposition if necessary.

7

8      IT IS SO ORDERED.

9
10  DATE:   5/17/2007

11
12                     /s/ Sandra M. Snyder
                   SANDRA M. SNYDER
13                     **United States Magistrate Judge**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com