McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| NATHANIEL MORSE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-CV-01473-SMS<br><br>STIPULATION AND **ORDER** TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's confidential letter be extended from **July 5, 2007 to August 3, 2007.**

    This is Defendant's **first** request for an extension of time to respond to Plaintiff's Opening Brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                              Respectfully submitted,

Dated: July 3, 2007                  /s/ Steven D. Rosales
                                 (As authorized via telephone)
                                 STEVEN D. ROSALES
                                 Attorney for Plaintiff

Dated: July 3, 2007                  McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/ DONNA M. MONTANO
                                 *NAME OF SAUSA (ALL CAPS)
                                 Special Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated:  7/9/2007

                                 /s/ Sandra M. Snyder
                                 THE HONORABLE SANDRA M. SNYDER
                                 United States Magistrate Judge