UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL MORSE, | ) | 1:06-CV-1473-SMS |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING DEFENDANT'S |
| v. | ) | RESPONSIVE BRIEF AND GRANTING |
| | ) | LEAVE TO DEFENDANT TO FILE A |
| MICHAEL J. ASTRUE, | ) | PROPER BRIEF NO LATER THAN TWENTY |
| Commissioner of Social | ) | DAYS AFTER THE DATE OF SERVICE OF |
| Security, | ) | THIS ORDER |
| | ) | |
| Defendant. | ) | INFORMATIONAL ORDER TO DEFENDANT |
| | ) | |

Pursuant to 28 U.S.C. § 636(c), both parties have consented to the Magistrate's jurisdiction to conduct all proceedings, including ordering the entry of judgment.

Fed. R. Civ. P. 12(f) provides as follows:

> Upon motion made by a party before responding to a pleading or, if no responsive pleading is permitted by these rules, upon motion made by a party within 20 days after the service of the pleading upon the party or upon the court's own initiative at any time, the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.

A court may strike a document that does not conform to the formal requirements of the pertinent rules of court. Transamerican Corp. v. National Union Fire Ins. Co. of Pittsburgh, Pa., 143 F.R.D. 189, 191 (N.D. Ill. 1992).

1

1    Defendant's response to Plaintiff's opening brief, filed on
2 July 26, 2007, contains no statement of facts and thus does not
3 comply with paragraph 11 of the Court's scheduling order that
4 issued on October 23, 2006. Defendant's brief IS STRICKEN.
5    Defendant IS GRANTED twenty days after the date of service
6 of this order in which to file a brief that complies with the
7 pertinent rules and the Court's scheduling order.
8    Plaintiff need not reply to the stricken brief and, absent
9 further order of the Court, shall have the normal fifteen-day
10 period in which to reply to any future responsive brief filed by
11 Defendant.
12   Defendant IS INFORMED that a failure to file a proper brief
13 as ordered by the Court will be considered to be a failure to
14 comply with an order of the Court and could result in the
15 imposition of sanctions.
16 IT IS SO ORDERED.
17 **Dated:   July 31, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE