McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8985
    Facsimile:  (415) 744-0134
    E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MORSE,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-CV-1473 SMS<br><br>**STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT** |

      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      On remand the Administrative Law Judge (ALJ) will further clarify the claimant's residual functional capacity and the application of the Medical-Vocational rules.  The ALJ will further address whether Plaintiff is illiterate and/or unable to communicate in English and determine what impact this has on his ability to perform other work as step five of the sequential evaluation process.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: August 16, 2007
/s/ Steve Rosales
(STEVEN ROSALES/telephone authorization)
Attorney for Plaintiff

Dated: August 16, 2007
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Donna M. Montano
DONNA M. MONTANO
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   August 23, 2007          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE