1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Nathanial Morse
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATHANIAL MORSE,                    )  Case No.: 1:06-cv-01473-SMS
                                        )
12              Plaintiff,              )  ORDER AWARDING EQUAL
                                        )  ACCESS TO JUSTICE ACT
13      vs.                             )  ATTORNEY FEES PURSUANT TO
                                        )  28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
                Defendant.              )
16  _____)

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19  Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20  the amount of three thousand six hundred dollars and zero cents ($3,600.00), as

21  authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

22  Stipulation.

23  DATE:      11/5/2007

24          /s/ Sandra M. Snyder
              THE HONORABLE SANDRA M. SNYDER
25            UNITED STATES MAGISTRATE JUDGE

26

-1-

PDF created with pdfFactory trial version www.pdffactory.com